Mary E. Bacon (#12686)
SPENCER FANE, LLP
300 S Fourth St., Ste. 950
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
mbacon@spencerfane.com

*Attorneys for Defendant*
*USAA Federal Savings Bank*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Luis Chavarria,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>USAA Federal Savings Bank and Experian Information Solutions, Inc.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00387-JCM-DJA<br><br>**DEFENDANT USAA FEDERAL SAVINGS BANK'S STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant USAA Federal Savings Bank ("USAA"), pursuant to Fed. R. Civ. P. 6(b)(1), moves for an extension of time in which to answer or otherwise respond to Plaintiff Luis Chavarria's ("Plaintiff") Complaint in this matter. It is stipulated and agreed to by and among counsel, that USAA's time to answer, move, or otherwise respond to the Complaint in this action is extended from March 4, 2024 through and including March 14, 2024.The purpose of this motion is not to cause undue delay, but is made to allow USAA's counsel time to properly prepare a responsive pleading to Plaintiff's Complaint.

**WHEREFORE**, USAA, respectfully requests this Court grant its Motion for an Extension of Time to File a Responsive Pleading, and enter an Order allowing it until March 14, 2024 to file a responsive pleading to Plaintiff's Complaint.

93919963.1

1

2  Dated this 4th day of March, 2024.

3  **THE LAW OFFICES OR ROBERT S.**            **SPENCER FANE, LLP**
   **GITMEID & ASSOCIATES, PLLC**
4

5  /s/ Christine A. Robertsl                   /s/ Mary E. Bacon
   Christine A. Roberts                        Mary E. Bacon
6  3815 S. Jones Blvd. Ste. 5                  300 S Fourth St., Suite 950
   Las Vegas, NV 89103                         Las Vegas, NV 89101
7  *Attorneys for Plaintiff Luis Chavarria*    *Attorneys for Defendant USAA Federal*
                                               *Savings Bank*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

93919963.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Luis Chavarria,

    Plaintiff,

vs.

USAA Federal Savings Bank and
Experian Information Solutions, Inc.,

    Defendants.

No. 2:24-cv-00387-JCM-DJA

**ORDER REGARDING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**(First Request)**

    Pursuant to Defendant USAA Federal Savings Bank's Stipulated Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint, and good cause appearing therefore,

    IT IS ORDERED that USAA Federal Savings Bank shall have through and including March 14, 2024 to answer or otherwise respond to Plaintiff's Complaint.

    Dated this __5th__ day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE