IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| LUIS CHAVARRIA,<br><br>                    Plaintiff,<br><br>– against–<br><br>USAA FEDERAL SAVINGS BANK and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No.: 2:24-cv-387-JCM-DJA<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT USAA FEDERAL SAVINGS BANK** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Luis Chavarria ("Plaintiff") and Defendant USAA Federal Savings Bank ("USAA"), through the undersigned counsel, that Plaintiff's claims against USAA are dismissed with prejudice in the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Thank you for your time and attention to this matter.

Respectfully submitted,

Dated: February 13, 2025

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
Spencer Fane LLP
300 S. Fourth Street, Ste. 1600
Las Vegas, Nevada 89101
Tel: (702) 408-3402
Email: mbacon@spencerfane.com
*Counsel for Defendant USAA Federal Savings Bank*

Dated: February 13, 2025          /s/ *Christine A. Roberts*
                                                       Christine A. Roberts, Esq.
                                                       Law Offices of Robert S. Gitmeid &
                                                       Associates, PLLC
                                                       3815 S. Jones Blvd., Ste. 5
                                                       Las Vegas, Nevada 89103
                                                       Tel: (702) 485-3977
                                                       Email: Christine.R@gitmeidlaw.com
                                                       *Counsel for Plaintiff Luis Chavarria*

**ORDER**

IT IS SO ORDERED February 25, 2025.

                                                       UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, a true and correct copy of the foregoing **Stipulation of Voluntary Dismissal with Prejudice as to Defendant USAA Federal Savings Bank** was filed electronically with the Clerk of the Court using the Electronic Document Filing System, which will send a notice of such filing to the following counsel of record:

Christine A. Roberts, Esq.
Law Offices of Robert S. Gitmeid &
Associates, PLLC
3815 S. Jones Blvd., Ste. 5
Las Vegas, Nevada 89103
Tel: (702) 485-3977
Email: Christine.R@gitmeidlaw.com
*Counsel for Plaintiff Luis Chavarria*

Respectfully submitted,

*/s/ Mary E. Bacon*
Mary E. Bacon, Esq.
Spencer Fane LLP
300 S. Fourth Street, Ste. 1600
Las Vegas, Nevada 89101
Tel: (702) 408-3402
Email: mbacon@spencerfane.com
*Counsel for Defendant USAA Federal Savings Bank*